## Commonwealth *v.* Smith, Appellant.

Submitted June 14, 1965. *Edward J. Smith,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.